# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 32484 |
| Lailaa S Shakir, | ) | HON. Donald R. Cassling |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

TO:  Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

See the attached Service List.

Please take notice that on June 4, 2020, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling in Courtroom 619 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on April 28, 2020, to:

The Chapter 13 Trustee listed above via electronic notice; and

To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Anthony Kudron*_____
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    U.S. Bankruptcy Court
0752-1                                    4515 N Santa Fe Ave. Dept. APS                  Eastern Division
Case 19-32484                             Oklahoma City, OK 73118-7901                    219 S Dearborn
Northern District of Illinois                                                             7th Floor
Eastern Division                                                                          Chicago, IL 60604-1702
Tue Apr 28 14:55:34 CDT 2020

ACEPTANCENOW                              CAPITAL ONE AUTO FINAN                          (p)LCI
5501 HEADQUARTERS DRIVE, RENT A CENTER    3901 DALLAS PKWY                                PO BOX 1931
PLANO, TX 75024                           PLANO, TX 75093-7864                            BURLINGAME CA 94011-1931


Capital One Auto Finance, a division of   City of Chicago - Parking and red Light Tick   City of Chicago Department of Finance
AIS Portfolio Services, LP                Department of Revenue - PO Box 88292            c/o Arnold Scott Harris P.C.
4515 N Santa Fe Ave. Dept. APS            Chicago, IL 60680                               111 W. Jackson Ste. 600
Oklahoma City, OK 73118-7901                                                              Chicago, IL 60604-3517


Comcast (Xfinity)                         HARRIS & HARRIS LTD                             I C SYSTEM INC
P.O. Box 3001                             222 Merchandise Mart Plaza, Suite 1900          PO BOX 64378
Southeastern, PA 19398-3001               Chicago, IL 60654-1421                          SAINT PAUL, MN 55164-0378


ISAC                                      (p)JEFFERSON CAPITAL SYSTEMS LLC                LVNV Funding c/o Resurgent Capital Services
PO Box 6180                               PO BOX 7999                                     PO Box 10675
Indianapolis, IN 46206-6180               SAINT CLOUD MN 56302-7999                       Greenville, SC 29603-0675


LVNV Funding, LLC                         Mandarich Law Group                             RCN
Resurgent Capital Services                420 N WABASH #400                               33 N LaSalle, Suite 1650
PO Box 10587                              Chicago, IL 60611-3542                          Chicago, IL 60602-2603
Greenville, SC 29603-0587


U S DEPT OF ED/GSL/ATL                    Anthony J Kudron                                Caitlin N Sinclair
PO BOX 2287                               The Semrad Law Firm, LLC                        The Semrad Law Firm
ATLANTA, GA 30301-2287                    20 S. Clark St., Suite 2800                     20 S Clark St 28th floor
                                          Chicago, IL 60603-1811                          Chicago, IL 60603-1811


Lailaa S Shakir                           Patrick S Layng                                 Tom Vaughn
544 West Oak Street                       Office of the U.S. Trustee, Region 11           55 E. Monroe Street, Suite 3850
714                                       219 S Dearborn St                               Chicago, IL 60603-5764
Chicago, IL 60610-3210                    Room 873
                                          Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
COMCAST                                   JEFFERSON CAPITAL .SYSTEM                       (d)Jefferson Capital Systems LLC
PO BOX 1931                               Po Box 7999                                     Po Box 7999
Burlingame, CA 94011                      Saint Cloud, MN 56302                           Saint Cloud Mn 56302-9617
```

(d)Tea Olive, LLC
PO BOX 1931
Burlingame, CA 94011

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Auto Finance, a division of Ca
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 32484 |
| Lailaa S Shakir, ) | HON. Donald R. Cassling |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Lailaa S Shakir, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan, and Debtor states the following:

1. On November 14, 2019, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization on January 9, 2020.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors without priority to be paid 10.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $400.00 monthly for 36 months.

5. Debtor fell behind on plan payments because her income was down due to the COVID-19 pandemic.

6. Debtor is now working and can resume making timely plan payments.

7. Debtor requests that the current plan default be deferred to the end of the plan of reorganization in order to be successful.

8. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

9. Debtor is in a position to proceed with the instant case.

10. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Anthony Kudron*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625